IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DEVELOPMENT DESIGN GROUP, INC. | * |
| Plaintiff | * |
| v. | * Civil Action No.: |
| CARTER & BURGESS, INC., et al. | * JFM 00 CV 518 |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon Plaintiff's Motion for Preliminary Injunction and having considered the Opposition filed by the Defendants and the arguments of counsel at the hearing on March 10, 2000, it is this 16th day of March, 2000,

ORDERED that Plaintiff's Motion for a Preliminary Injunction is denied, and it is further

ORDERED that the Consent Order entered on February 28, 2000 (*nunc pro tunc* to February 25, 2000) is, pursuant to the Defendants' agreement and without Defendants waiving any defenses or making any admissions pertaining to the merits of the suit, continued in full force and effect so that (1) Defendants shall not copy or distribute any of the materials containing the works identified in Plaintiff's Complaint as bearing the copyright numbers VA985-822, VA985-823, VA985-824, VA985-825, and VA985-826, and (2) Defendants shall retain custody of all copies in their

possession of the materials identified above until further order of this Court.

                                                      _____
                                                     J. Frederick, Motz, Chief Judge
                                                     United States District Court for
                                                     the District of Maryland