**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

March 30, 2000

Memo to Counsel Re: Development Design Group, Inc. v. Carter & Burgess, Inc., et al.
Civil No. JFM-00-518

Dear Counsel:

This will confirm the schedule set during the conference held yesterday.

| | |
|---|---|
| April 28, 2000 | Deadline for advising me whether you would like a settlement conference with a magistrate judge on the "front end" of the litigation |
| June 16, 2000 | Deadline for plaintiff's Rule 26(a)(2) disclosures |
| July 21, 2000 | Deadline for defendants' Rule 26(a)(2) disclosures |
| August 18, 2000 | Deadline for plaintiff's rebuttal Rule 26(a)(2) disclosures |
| August 21, 2000 4:30 p.m. | Status conference |
| September 8, 2000 | Deadline for Rule 26(e) supplementations |
| September 29, 2000 | Discovery deadline (fact and expert) |
| October 27, 2000 | Deadline for plaintiff's summary judgment motion |
| December 8, 2000 | Deadline for defendants' opposition and cross motion for summary judgment |
| January 12, 2001 | Deadline for plaintiff's opposition/reply |
| January 26, 2001 | Deadline for defendants' reply |

I understand that if plaintiff decides not to file a summary judgment motion, Mr. Rothschild will so advise Mr. Gorman in time for Mr. Gorman to file his summary judgment by October 27th. In that event, the deadline for plaintiff's opposition will be December 8, 2000 and the deadline for defendants' reply will be January 12, 2001.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                         Very truly yours,

                         J. Frederick Motz
                         United States District Judge

cc: Court File