IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DEVELOPMENT DESIGN GROUP, INC., *

    Plaintiff,               *   Civil Action No.

              v.      *   JFM-00-518

CARTER & BURGESS, INC., et. al. *

    Defendants.          *

*    *    *    *    *    *    *    *    *    *    *    *    *

## STIPULATION

Upon request of the Plaintiff, Development Design Group,
Inc. ("DDG"), and pursuant to Federal Rule 29, Defendants Carter
& Burgess, Inc., John Larsen, and Sharon Harris hereby agree to
extend time to July 10, 2000 for Plaintiff DDG to respond to the
following written discovery:

1.    Defendant Carter & Burgess' First Set of
Interrogatories to Plaintiff DDG served by hand on May
24, 2000;

2.    Defendant Carter & Burgess' First Request to Plaintiff
DDG for Production of Documents and Things served by
hand on May 26, 2000;

3.    Defendant John A. Larsen's First Set of Interrogatories
to Plaintiff DDG served by hand on May 31, 2000; and

4.    Defendant Sharon Harris' First Request to Plaintiff DDG
for Production of Documents and Things served by hand
June 2, 2000.

James A. Rothschild
Anderson, Coe & King, LLP
Suite 2000
201 N. Charles Street
Baltimore, MD 212010-4135
(410)752-1690

Attorneys for Plaintiffs

Francis J. Gorman, P.C.
Charles L. Simmons, Jr.
Michael S. Yang
Gorman & Williams
Two North Charles Street
Baltimore, Maryland 21201-3754
(410) 528-0600

Attorneys for Defendants

6 29 20

Date

6/29/00

Date

2