IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DEVELOPMENT DESIGN GROUP, INC., *

   Plaintiff,                   *   Civil Action No.

           v.          *   JFM-00-518

CARTER & BURGESS, INC., et. al. *

   Defendants.               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION

The parties met on July 14, 2000, pursuant to Local Rule 104.7, in an effort to resolve certain discovery disputes. Additional discussions in this regard will occur during the week of July 17. For this and other reasons, the parties hereby stipulate that the time for Plaintiff Development Design Group, Inc. to file a response to Defendants' Motion for Protective Order and a response to Defendants' Motion to Modify Scheduling Order So As To Advance The Determination Of Liability Issues is extended to July 21, 2000.

_____
James A. Rothschild
Anderson, Coe & King, LLP
Suite 2000
201 N. Charles Street
Baltimore, MD 21201-4135
(410)752-1690

Attorneys for Plaintiffs

_____
Francis J. Gorman, P.C.
Charles L. Simmons, Jr.
Michael S. Yang
Gorman & Williams
Two North Charles Street
Baltimore, Maryland 21201-3754
(410) 528-0600

Attorneys for Defendants

July 14, 2000
Date

July 14, 2000
Date

Approved 7/18/00
C.B. Blake USDJ