IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

**DEVELOPMENT DESIGN GROUP, INC.,** *

   Plaintiff,                   *   Civil Action No.

                 v.          *   JFM-00-518

**CARTER & BURGESS, INC., et. al.** *

   Defendants.                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION

By letter Order dated June 28, 2000, the Court extended the time for Plaintiff Development Design Group ("DDG") to designate its Rule 26(a)(2) experts to July 10, 2000. DDG designated its experts on July 10.

The Court's original scheduling order required DDG to designate its Rule 26(a)(2) experts by June 16, 2000. Defendants were required to designate their experts thirty five days later on July 21, 2000. The Court's June 28, 2000 letter Order did not specify a new deadline for the disclosure of Defendants' experts.

For these and other reasons, the parties hereby stipulate that the time for Defendants to designate their Rule 26(a)(2) experts is extended to August 14, 2000.

_____       _____
James A. Rothschild                              Francis J. Gorman, P.C.
Anderson, Coe & King, LLP            Charles L. Simmons, Jr.
Suite 2000                                     Michael S. Yang
201 N. Charles Street                    Gorman & Williams

Approved 7/18/00
_____
Catherine C. Blake U.S.D.J.

Baltimore, MD 21201-4135  
(410)752-1690

Attorneys for Plaintiffs

Two North Charles Street  
Baltimore, Maryland 21201-3754  
(410) 528-0600

Attorneys for Defendants

_July 14, 2000_  
Date

_July 14, 2000_  
Date

2