IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

DEVELOPMENT DESIGN GROUP, INC.,  :

    Plaintiff,  :

v.  :  Civil Action No. X00 CV 518
                                                   JFM

CARTER & BURGESS, INC., et. al.  :

    Defendants.  :

## WITHDRAWAL OF APPEARANCE

THE CLERK OF COURT will please withdraw the appearance of Brian A. Cafritz and the firm of Kalbaugh, Pfund & Messersmith, P.C. as co-counsel of record for the defendants, CARTER & BURGESS, INC., SHARON HARRISON, and JOHN B. LARSEN. The defense of defendants shall continue through Francis J. Gorman and the firm of Gorman & Williams, who has previously noted his appearance as counsel for defendants.

                                    Respectfully Submitted,

                                    _____
                                    Brian A. Cafritz, Esquire
                                    KALBAUGH, PFUND & MESSERSMITH, P.C.
                                    4031 University Drive
                                    Suite 300
                                    Fairfax, Virginia 22030
                                    (703) 691-3331
                                    (703) 691-3332 (fax)
                                    brian@kpmnet.com

                                    Co-Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was mailed first class, postage pre-paid this 24th day of July, 2000 to:

    Francis J. Gorman, Esquire
    Michael S. Yang, Esquire
    GORMAN & WILLIAMS, P.C.
    2 North Charles Street
    Baltimore, Maryland 21201
    Co-Counsel for Carter & Burgess, Inc.

    James A. Rothschild
    Gregory L. VanGelson
    ANDERSON, COE & KING, LLP
    201 N. Charles Street
    Suite 2000
    Baltimore, Maryland 21201-4135
    Co-Counsel for Plaintiff

    Richard Bloch
    SHILING, BLOCH & HIRSCH, PA
    The Adams Building
    Suite 301
    600 Baltimore Avenue
    Towson, Maryland 21204-4022
    Co-Counsel for Plaintiff

                                              Brian A. Cafritz