IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEVELOPMENT DESIGN GROUP,    *
INC.    *
      v.    *   Civil No. JFM-00-518
    *
CARTER & BURGESS, INC., ET AL.    *

\*\*\*\*\*

## ORDER

As stated on the record today, it is, this 25th day of August 2000

ORDERED that defendants' motion to take more than ten depositions is granted but that each party is to be limited to 75 hours of depositions of fact witnesses.

 

_____
J. Frederick Motz
United States District Judge