IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEVELOPMENT DESIGN GROUP, INC. | * | |
| Plaintiff | | |
| v. | * | Civil Action No.: JFM-CV-518 |
| CARTER & BURGESS, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION FOR EXTENSION OF TIME

Plaintiff DDG, by its counsel James A. Rothschild, and Defendants Carter & Burgess, Inc., Sharon Harris and John Larson, by their counsel Francis J. Gorman, hereby stipulate and agree to the following new dates for the schedule in this case.

| | |
|---|---|
| September 18, 2000 | Deadline for plaintiff's rebuttal Rule 26(a)(2) disclosures |
| October 6, 2000 | Status conference (9:00 a.m.) |
| October 8, 2000 | Deadline for rule 26 (e) supplementation |
| October 29, 2000 | Discovery deadline (fact and expert) |
| November 27, 2000 | Deadline for plaintiff's summary judgment motion |
| January 8, 2001 | Deadline for defendants' opposition and cross-motion for summary judgment |
| February 12, 2001 | Deadline for plaintiff's opposition/reply |
| February 26, 2001 | Deadline for defendants' reply |

Respectfully submitted,

_____
James A. Rothschild
Counsel for Plaintiff

_____  9/9/00
Francis J. Gorman
Counsel for Defendants

Approved: _____
J. Frederick Motz, United States District Judge

Date: _____September 12, 2000_____