IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Development Design Group, Inc.,           *

    Plaintiff,                              *

vs.                                       *
                                  Civil Action No. JFM-CV-518

Carter & Burgess, Inc., et al.,           *

    Defendants.                             *

## REVISED STIPULATION FOR EXTENSION OF TIME

Plaintiff DDG, by its counsel, James A. Rothschild, and Defendants Carter & Burgess, Inc., Sharon Harris and John Larson, by their counsel Francis J. Gorman, hereby stipulate and agree to the following new dates for the schedule in this case.

| | |
|---|---|
| December 21, 2000 | Discovery deadline (fact and expert) |
| January 26, 2001 | Deadline for Defendants' Summary Judgment Motion |
| February 28, 2001 | Deadline for Plaintiffs' Opposition and Cross-Motion for Summary Judgment |
| March 28, 2001 | Deadline for Defendants' Opposition/Reply |
| April 14, 2001 | Deadline for Plaintiffs' Reply |

_____    _____
James A. Rothschild                             Francis J. Gorman
ANDERSON, COE & KING, LLP         Gorman & Williams
201 North Charles Street, Suite 2000     Two N. Charles Street
Baltimore, MD 21201                     Suite 750
410/752-1630                                Baltimore, Maryland 21201-3791
*Attorney for Plaintiff*                       (410) 528-0600
                                                    *Attorney for Defendants*

Approved: _____
            J. Frederick Motz, United States Judge

Date: _____