**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DEVELOPMENT DESIGN GROUP, INC.    *

       Plaintiff    *

v.    *    Civil Action No.:  JFM-CV-518

CARTER & BURGESS, INC., et al.    *

       Defendants    *

   *     *     *     *     *     *     *     *     *

## STIPULATION FOR EXTENSION OF TIME

Plaintiff DDG, by its counsel James A. Rothschild, and Defendants Carter &

Burgess, Inc., Sharon Harris and John Larson, by their counsel Charles L. Simmons, Jr.,

hereby stipulate and agree that the deadline for DDG to respond to the following motions

filed on behalf of the Defendants may be extended to January 5, 2001:

    a.    Defendants' Motion Under Paragraph 5 of the Protective Order to Preserve the Confidentiality of Carter & Burgess' Memorandum Stating its Guideline for Marketing Materials, served December 15, 2000;

    b.    Defendants' Motion Under Paragraph 5 of the Protective Order to Preserve the Confidentiality of Certain Pages of the Transcript of the Deposition of Chris Stocke, served December 18, 2000; and

    c.    Summary Listing of the Outstanding Disputed Items Raised by Defendants' Consolidated Motion to Compel, served December 14, 2000.

Respectfully submitted,


James A. Rothschild
Counsel for Plaintiff


Charles L. Simmons, Jr.
Counsel for Defendants


Approved: _____
J. Frederick Motz, United States District Judge

Date: _____