IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DEVELOPMENT DESIGN GROUP, INC., *

    Plaintiff,            *    Civil Action No.

         v.            *    JFM-00-518

CARTER & BURGESS, INC., et. al. *

    Defendants.           *

* * * * * * * * * * * * *

STIPULATION FOR EXTENSION OF TIME

The parties stipulate and agree that the deadline for Defendants to respond to the following motions filed on behalf of Plaintiff DDG may be extended to January 17, 2001:

    1.  Plaintiff's Motion for Contempt and Sanctions served by first class mail on December 22, 2000; and

    2.  Plaintiff's Motion for Permission to Take Further Discovery and to Shorten Time to Take Depositions served by first class mail on December 22, 2000.

_____
Greg VanGeison
Anderson, Coe & King, LLP
Suite 2000
201 N. Charles Street
Baltimore, MD 212010-4135
(410)752-1690

Attorneys for Plaintiffs

_____
Francis J. Gorman, P.C.
Charles L. Simmons, Jr.
Christopher C. Bosley
Gorman & Williams
Two North Charles Street
Baltimore, Maryland 21201-3754
(410) 528-0600

Attorneys for Defendants

1-3-00
Date

1-3-00
Date

Approved: _____
J. Frederick Motz, United States District Judge

Date: Jan 5, 2001