FILED
DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2001 JAN 25  P 2: 04

| | | |
|---|---|---|
| DEVELOPMENT DESIGN GROUP, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.:  JFM-CV-518 |
| CARTER & BURGESS, INC., et al. | * | |
| Defendants | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*

## STIPULATION

The parties have been engaged in discussions concerning an amicable resolution of this case. The current schedule sets January 26, 2001 as the filing date for Defendants' motion for Summary Judgment. To facilitate the discussions concerning resolution, the parties have stipulated to a ten day extension for the filing of Defendants' Summary Judgment Motion and an extension until February 8, 2001 for Plaintiff to file a Reply memorandum to Defendants' Opposition to Plaintiff's Motion for Contempt and Sanctions.

James A. Rothschild
Gregory Van Geison
Anderson, Coe & King, LLP
Suite 2000
201 N. Charles Street
Baltimore, Maryland 21201-4135
(410) 752-1630
*Attorneys for Plaintiffs*

Francis J. Gorman, P.C.
Charles L. Simmons, Jr.
Michael S. Yang
Gorman & Williams
Two North Charles Street
Baltimore, Maryland 21201-3754
(410) 528-0600
*Attorneys for Defendants*

_____
Date

*Jan. 24, 2001*
_____
Date

Approved: _____
J. Frederick Motz, United States District Judge

Date: _____

CT 1/25/01 ms